AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 1/5/06 | AT 11:00 AM |
| NAME OF SERVER (PRINT) MATTHEW WALTERS | TITLE LAW CLERK | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: UPON REGINALD ROWAN WHO HELD SELF OUT TO RECEIVE SERVICE FOR US ATTORNEY AT 501 3RD ST. WASHINGTON DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/5/06
Date

_[signature]_
Signature of Server

1600 S.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.