AO 440 (Rev. DC - September 2003) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | JANUARY 5 2006 AT 10:30 AM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| MATTHEW DALTERS | LAW CLERK |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: SERVED UPON DEE MURPHY WHO HELD HIMSELF OUT TO ACCEPT SERVICE ON BEHALF OF GONZALES AT 950 PENNSYLVANIA AVENUE, WASHINGTON, DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/5/06
            Date              Signature of Server

1600 S. Joyce St. #1230 Arlington VA
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.