UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KELVIN BARNES                      :
    Plaintiff,                 :
v.                                 :     Civil Action N. 06-05(RWR)
                                   :
ALBERTO GONZALES                   :
    Defendant.                 :

## ANSWER

The defendant, through the undersigned attorneys, respectfully submits its ANSWER to Plaintiff's complaint using the same paragraph numeration.

## JURISDICTION

1. This paragraph contains plaintiff's characterization of its action and assertion of jurisdiction to which no answer is required.

## VENUE

2. Defendant admits that the District of Columbia is the appropriate venue for this matter.

## STATEMENT OF FACTS

    3-9.  Admit

    10-15.  Deny

    16.  Admit

    17. Deny

    18-19.  Admit

    20-24. Deny

    25-26. Admit

27-38. Deny

## COUNT I

39. Defendant re-alleges answers 1-38.

40-41. Admit

42-43. Deny

44. Admit

45. Deny

## COUNT II

46. Defendant re-alleges answers 1-45.

47-48. Admit

49-56. Deny

## COUNT III

57. The answers to paragraphs 1-56 are re-alleged.

58-59. Admit

60. Deny

61. Admit that one areas used for eating was in the locker area in the cell block "bubble."

62. Admit

63-65. Deny

66. Admit that the locker area is within the bubble. Admit that one of the areas available for eating is located within the bubble.

67. Deny but further aver that the USMS locker room is outside the bubble and that the breakroom outside the bubble is available to all Marshall Service employees.

68. Deny

69-70. Deny, but further aver that the breakroom is available to all Marshalls Service employees.

71-72. Deny

73. Defendant lacks sufficient knowledge to admit or deny and therefore denies.

74-76. Deny

RELIEF SOUGHT

77-83. Paragraphs 77-83 contain plaintiff's claims for relief to which no response is required. To the extent one is required defendant denies that plaintiff is entitled to any relief.

To the extent any of the allegations in plaintiff's complaint are not admitted above, they are denied.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN D.C. Bar # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C.. BAR #171538
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970
Counsel for Defendant