UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
:
KELVIN BARNES                              :
6817 Mountain Lake Place          :
Capital Heights, Maryland          :
                                                         :
Plaintiff,                    :
                                                         :
v.                                                      :          Case No.: 1:06-cv-00005
                                                         :
ALBERTO GONZALES                  :
In his official capacity                  :
As Attorney General                    :
DEPARTMENT OF JUSTICE     :
950 Pennsylvania Avenue          :
Washington, D.C. 20530-0001   :
                                                         :
Defendant.               :
_____ :

INITIAL SCHEDULING ORDER

UPON CONSIDERATION of the Report of Local Rule 16.3 Conference and the entire record herein, it this _____ day of _____, 2006 hereby

ORDERED that discovery shall be completed by 180 days from the close of mediation, and it is further;

ORDERED that any dispositive motions shall be filed no later than 60 days after the close of discovery, any opposition thereto shall be filed no later than 45 days following the filing of the dispositive motion; and any reply shall be filed no later than 30 days following the filing of the opposition; and it is further

ORDERED that expert witness reports shall be exchanged in accordance with Fed. R. Civ. P. 26(a)(2), as modified.  Plaintiff will name experts and provide their reports within 60 days of the initial scheduling order.  The Defendant will name experts and provide their reports 60 days thereafter.


Date_____          _____
                                             UNITED STATES DISTRICT JUDGE