UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KELVIN BARNES,**<br><br>             **Plaintiff,**<br><br>      v.<br><br>**ALBERTO GONZALES,**<br><br>             **Defendant.** | Civil Action 06-00005 (HHK) |

**ORDER OF REFERRAL**
**TO UNITED STATES MAGISTRATE JUDGE**

   It is this 29th day of June, 2006, hereby

   **ORDERED** that the above-captioned action is referred to Magistrate Judge Alan Kay for mediation to commence no sooner than July 10, 2006 and to conclude by September 8, 2006.


                              Henry H. Kennedy, Jr.
                              United States District Judge