**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                          :

**KELVIN BARNES,**         :
                          :

          Plaintiff,     :    **Case No**: 1:06-cv-00005 (RWR)
                          :

v.                            :
                          :

**ALBERTO GONZALES,**  :
                          :

          Defendant.    :
_____:

## MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY

      COMES NOW, Jimmy A. Bell, Esq., attorney for Plaintiff, Kelvin Barnes, and respectfully moves this Honorable Court for leave to withdraw his appearance as attorney of record.  Counsel hereby certifies that notice to withdraw was sent to Plaintiff Kelvin Barnes on September 1, 2006, with advice to seek other counsel or, if he intended to object to the withdrawal or to proceed _pro se_, to so notify the Clerk of Court within five days.

      As grounds Counsel sets forth the following:

1. Attorney Bell signed a retainer agreement with the Plaintiff.

2. On January 4, 2006, Plaintiff filed his Complaint in this Honorable Court.

3. Plaintiff has consistently failed to meet the payment obligations he agreed to in his retainer agreement with counsel's office.

4. Plaintiff and Attorney Bell have irreconcilable differences.

5. Attorney Bell served notice of intent to withdraw on Plaintiff by mailing a copy of this Motion to Plaintiff's two known addresses of record on September 1, 2006. (_See_ Certificate of Service of Notice of Intent to Withdraw, below at 3).

6. Attorney Bell also advised Plaintiff by letter dated September 1, 2006, to seek

1

other counsel to represent him in this matter, or, if he intended to proceed *pro se* with this matter to so notify the Clerk of Court within five (5) days.  Attorney Bell further advised Plaintiff that he would receive notice of filing of this Motion, and that he would have five (5) days from the date of notice of filing of this Motion to object to the withdrawal in writing to the Clerk of Court.

7.  Client will not be prejudiced by granting this motion.

Again, attorney Bell asks this Honorable Court for leave to withdraw his appearance as attorney of record in the above captioned case.

Respectfully submitted,

_____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301)599-7620
(301)599-7623(fax)
Counsel for Plaintiff
Bar # MD 14639

2