**CERTIFICATE OF SERVICE OF NOTICE OF INTENT TO WITHDRAW**

   I hereby certify that on the 1st day of September, 2006, a true and correct copy of this motion, together with a letter advising Plaintiff to seek other counsel, or, if he intended to proceed in this matter *pro se*, to so notify the Clerk of Court within five (5) days, were mailed first-class, postage prepaid, to Plaintiff's last two known addresses of record:

Kelvin Barnes
6874 Great Stuart Place
Bryans Road, MD   20616

Kelvin Barnes
6817 Mountain Lake Place
Capitol Heights, MD   20743

_____/s/_____
Jimmy A. Bell, Esq.