IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KELVIN BARNES,** : | |
| : | |
| Plaintiff, : | **Case No**: 1:06-cv-00005 (RWR) |
| : | |
| v. : | |
| : | |
| **ALBERTO GONZALES,** : | |
| : | |
| Defendant. : | |

## ORDER

Upon consideration of Plaintiffs' Motion, all support and opposition thereto, and the interests of justice, the immediate Motion for Leave to Withdraw as Attorney is hereby GRANTED and it is ORDERED, that Jimmy A. Bell, Esq. is granted leave to withdraw as attorney for Plaintiff in the above-captioned case.

SO ORDERED, this ___ day of October 2006.

_____
United States District Court Judge