## CERTIFICATE OF SERVICE

     I hereby certify that on this 6th day of October, 2006 a copy of the foregoing Plaintiff's MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY, sent, via electronic case filing:

**Rhonda C. Fields**
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, NW
10th Floor
Washington, DC 20530

And, with a letter advising him that if he objects to this withdrawal and a copy of the letter dated September 1, 2006, to so notify the Clerk of Court within five (5) days, to:

Kelvin Barnes
6874 Great Stuart Place
Bryans Road, MD   20616

Kelvin Barnes
6817 Mountain Lake Place
Capitol Heights, MD   20743


                                            _____/s/_____
                                            Jimmy A. Bell, Esq.