UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KELVIN BARNES,**<br><br>              **Plaintiff,**<br><br>          v.<br><br>**ALBERTO GONZALES,**<br><br>              **Defendant.** | Civil Action 06-00005 (HHK) |

**ORDER TO SHOW CAUSE**

On November 16, 2006, plaintiff Kelvin Barnes, proceeding pro se, failed to appear at a status conference in this case. Defendant made an oral motion to dismiss for failure to prosecute, which the court denied without prejudice.

Accordingly, it is this 17th day of November, 2006, hereby

**ORDERED** that Mr. Barnes shall show cause in writing, in a submission that shall be filed by no later than December 17, 2006, why this case should not be dismissed for failure to prosecute and/or why he should not be sanctioned for his failure to appear.

                                                              Henry H. Kennedy, Jr.
                                                              United States District Judge