UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KELVIN BARNES,**<br><br>           Plaintiff,<br><br>     v.<br><br>**ALBERTO GONZALES,**<br><br>           Defendant. | Civil Action 06-00005<br>(HHK) |

## ORDER DISMISSING COMPLAINT
## FOR FAILURE TO PROSECUTE

On November 16, 2006, Plaintiff Kelvin Barnes, appearing pro se, failed to appear at a status conference in this case. On November 17, 2006, the court ordered plaintiff to "show cause why this case should not be dismissed for failure to prosecute," by December 17, 2006, or the complaint would be dismissed. Plaintiff has failed to comply with this order.

Accordingly, pursuant to LCvR 83.23, it is this 19th day of December, 2006, hereby

**ORDERED**, that the complaint is **DISMISSED** without prejudice.

                                             Henry H. Kennedy, Jr.
                                             United States District Judge