UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA (WASHINGTON D. C.)

KELVIN BARNES

    Plaintiff

v.     Civil Docket for Case: 1:06-cv-00005-HHK

DEPARTMENT OF JUSTICE
UNITED STATES MARSHALS SERVICE

    Defendant

## MOTION FOR RELIEF FROM JUDGMENT DISMISSAL

Comes now the Plaintiff moves the Court, pursuant to Federal Rules of Civil Procedure 60 (b), the Plaintiff request the Court to set aside the Judgment of Dismissal herein, and to reinstate this matter on the Courts active case calendar. The Plaintiff gives the following reasons for this request:

1. Plaintiff did not receive notice of hearing from the Court.

2. Plaintiff did not receive notice of hearing from Attorney Bell

**WHEREFORE**, the premise of this motion considered Plaintiff request this motion to be granted.

Respectfully Submitted,

*/s/ Kelvin Barnes*

Plaintiff
Pro Se

RECEIVED
JAN 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

District of Columbia live database - Docket Report
Case 1:06-cv-00005-HHK   Document 13   Filed 01/19/2007   Page 2 of 4
Page 1 of 3

CLOSED, JURY, TYPE-H

## U.S. District Court
### District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00005-HHK
### Internal Use Only

BARNES v. GONZALES
Assigned to: Judge Henry H. Kennedy
Demand: $300,000
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 01/04/2006
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**KELVIN BARNES**          represented by **KELVIN BARNES**
6817 Mountain Lake Place
Capitol Heights, MD 20743
PRO SE

**Jimmy A. Bell**
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
Fax: (301) 599-7623
Email: jimbellesq@aol.com
*TERMINATED: 11/02/2006*
*LEAD ATTORNEY*

V.

**Defendant**

**ALBERTO GONZALES**          represented by **Rhonda C. Fields**
*In his official capacity as Attorney General*
UNITED STATES ATTORNEY'S OFFICE
555 Fourth Street, NW
10th Floor
Washington, DC 20530
(202) 514-6970
Fax: (202) 514-8780
Email: rhonda.fields@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/04/2006 | 1 | COMPLAINT against ALBERTO GONZALES (Filing fee $ 250) filed by KELVIN BARNES.(jf, ) (Entered: 01/05/2006) |

District of Columbia live database - Docket Report
Case 1:06-cv-00005-HHK    Document 13    Filed 01/19/2007    Page 3 of 4
Page 2 of 3

| 01/04/2006 |  | SUMMONS (2) Issued as to ALBERTO GONZALES and U.S. Attorney (jf, ) (Entered: 01/05/2006) |
|---|---|---|
| 01/10/2006 | 2 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney. ALBERTO GONZALES served on 1/5/2006, answer due 3/6/2006 (Bell, Jimmy) (Entered: 01/10/2006) |
| 01/10/2006 | 3 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to (Bell, Jimmy) (Entered: 01/10/2006) |
| 03/06/2006 | 4 | ANSWER to Complaint by ALBERTO GONZALES.(Fields, Rhonda) (Entered: 03/06/2006) |
| 06/05/2006 |  | Case Reassigned to Judge Henry H. Kennedy. Judge Richard W. Roberts no longer assigned to the case. (jf, ) (Entered: 06/06/2006) |
| 06/13/2006 | 5 | Order for Initial Scheduling Conference. Initial scheduling conference set for June 27, 2006, at 9:45 a.m., in Courtroom 27A, before Judge Henry H. Kennedy, Jr. Signed by Judge Henry H. Kennedy, Jr., on June 13, 2006. (FL, ) (Entered: 06/13/2006) |
| 06/22/2006 | 6 | MEET AND CONFER STATEMENT. (Attachments: # 1 Text of Proposed Order)(Fields, Rhonda) (Entered: 06/22/2006) |
| 06/27/2006 |  | Minute Entry for proceedings held before Judge Henry H. Kennedy : Initial Status Conference held on 6/27/2006. Case to be referred to a Magistrate Judge for Mediation. Status Conference set for 4/13/2007 at 09:45 AM in Courtroom 27A before Judge Henry H. Kennedy. (Court Reporter Annie Shaw.) (hs,) (Entered: 06/27/2006) |
| 06/29/2006 | 7 | VACATED....Order of Referral to United States Magistrate Judge Alan Kay. Signed by Judge Henry H. Kennedy, Jr., on June 29, 2006. (FL, ) Modified on 11/3/2006 (lc, ). (Entered: 06/29/2006) |
| 06/29/2006 |  | CASE REFERRED to Magistrate Judge Deborah A. Robinson for Mediation. (jsc) (Entered: 06/30/2006) |
| 07/05/2006 |  | CASE REFERRED to Magistrate Judge Alan Kay for Mediation. (jsc) (Entered: 07/06/2006) |
| 07/11/2006 | 8 | SCHEDULING ORDER: Settlement Conference set for 8/8/2006, at 10:00 AM in Chambers (room 1130) before Magistrate Judge Alan Kay. Signed by Magistrate Judge Alan Kay on 07/11/06. (DM) (Entered: 07/11/2006) |
| 09/12/2006 |  | MINUTE ORDER rescheduling mediation for August 14, 2006, at 2:00 p.m., in chambers, UNLESS either counsel notifies chambers that this is an inconvenient date and/or time, and notifies opposing counsel of the same. Signed by Magistrate Judge Alan Kay on 09/12/06. (DM) (Entered: 09/12/2006) |
| 09/13/2006 |  | MINUTE ORDER cancelling mediation set for September 14, 2006, because Plaintiff's counsel has a scheduling conflict. Plaintiff's counsel is instructed to contact Defendant's counsel to ascertain a new date for |

| | | |
|---|---|---|
| | | mediation, and to contact chambers. Signed by Magistrate Judge Alan Kay on 09/13/06. (DM) (Entered: 09/13/2006) |
| 10/05/2006 | 9 | MOTION to Withdraw as Attorney by KELVIN BARNES. (Attachments: # 1 Certificate of Service of Notice of Intent to Withdraw# 2 Order# 3 Certificate of Service)(Bell, Jimmy) (Entered: 10/05/2006) |
| 11/02/2006 | | Minute order granting 9 Attorney Jimmy A. Bell's motion for leave to withdraw as attorney. The court is vacating 7 the court's order referring this case to United States Magistrate Judge Kay for mediation. A status conference is scheduled for November 16, 2006, at 10:15 a.m., Courtroom 27A. Signed by Judge Henry H. Kennedy, Jr., on November 2, 2006. (FL, ) (Entered: 11/02/2006) |
| 11/02/2006 | | Set Hearings: Status Conference is set for 11/16/2006 @ 10:15 AM in Courtroom 27A before Judge Henry H. Kennedy. (tj ) (Entered: 11/02/2006) |
| 11/16/2006 | | Minute Entry for proceedings held before Judge Henry H. Kennedy : Status Conference held on 11/16/2006. Plaintiff Kelvin Barnes NOT PRESENT. Defense Counsel: Rhonda Fields. Defendant makes a motion on the record to dismiss this action for failure to prosecute. Motion to dismiss for failure to prosecute is DENIED on the record. The court will issue an order directing plaintiff to show cause for his failure to appear. (Court Reporter ANNIE SHAW.) (tj, ) (Entered: 11/16/2006) |
| 11/17/2006 | 10 | Order to Show Cause. Show cause response due by December 17, 2006. Signed by Judge Henry H. Kennedy, Jr., on November 17, 2006. (FL, ) (Entered: 11/17/2006) |
| 12/12/2006 | 11 | Mail Returned as Undeliverable. Mail sent to plaintiff Kelvin Barnes, 6817 Mountain Lake Place, Capital Heights, MD 20743. (tj, ) (Entered: 12/12/2006) |
| 12/19/2006 | 12 | Order Dismissing Complaint for Failure to Prosecute. Signed by Judge Henry H. Kennedy, Jr., on December 19, 2006. (FL, ) (Entered: 12/19/2006) |
| 12/19/2006 | | ***Civil Case Terminated as per doc #12. (tj, ) (Entered: 12/19/2006) |
| 12/19/2006 | | ***Case referral ended as to Magistrate Judge Alan Kay. (kk) (Entered: 01/08/2007) |