UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA (WASHINGTON D. C.)

KELVIN BARNES

    Plaintiff

    v.              Civil Docket for Case: 1:06-cv-00005-HHK

~~DEPARTMENT OF JUSTICE~~
~~UNITED STATES MARSHALS SERVICE~~
Gonzales
    Defendant

## ORDER

The premise of the Motion for Relief from Judgment of Dismissal and any opposition thereto, considered. It is hereby ordered that the case be reinstated.

_____            _____

    Judge                                                           Date