UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KELVIN BARNES,**<br><br>                **Plaintiff,**<br><br>         v.<br><br>**ALBERTO GONZALES,**<br><br>                **Defendant.** | Civil Action 06-00005 (HHK) |

**ORDER VACATING DISMISSAL OF COMPLAINT**

Before the court is the motion of plaintiff, proceeding pro se, to vacate this court's order of December 19, 2006, dismissing his complaint [#13]. Upon consideration of the motion, the lack of opposition thereto, and the record of this case, the court concludes that the motion should be granted.

Accordingly, it is this 20th day of March, 2007, hereby

**ORDERED** the motion of plaintiff to vacate this court's order of December 19, 2006, dismissing his complaint [#13] is **GRANTED**; and it is further

**ORDERED** that this court's order of December19, 2006, is **VACATED**.

                                                Henry H. Kennedy, Jr.
                                                United States District Judge