UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BARNES,
    Plaintiff,

v.

GONZALES,
    Defendant.

Case No. 1:06-CV-00005 (HHK)

## PLAINTIFF'S SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Plaintiff Kelvin F. Barnes respectfully requests an enlargement of time up to and including Friday, May 4, 2007 to respond a family emergency. Plaintiff consulted with Rhonda Fields, Assistant U.S. Attorney and does not oppose the relief requested herein.

Plaintiff had death in his immediate family and had to travel to North Carolina. Due to this unexpected loss, Plaintiff respectfully requests the enlargement of time described herein.

Respectfully submitted,

*[signature]*
Kelvin F. Barnes, pro se

RECEIVED
MAY - 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT