UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KELVIN BARNES,**<br><br>     **Plaintiff,**<br><br>   v.<br><br>**ALBERTO GONZALES,**<br><br>     **Defendant.** | Civil Action 06-00005 (HHK) |

## ORDER TO SHOW CAUSE

On May 4, 2007, plaintiff Kelvin Barnes failed to appear at a status conference in this case. Defendant filed a motion to dismiss for failure to prosecute, which the court held in abeyance.

Accordingly, it is this 7thday of May, 2007, hereby

**ORDERED** that Mr. Barnes shall show cause in a written submission to be filed by no later than May 21, 2007, why he should not be held in contempt of court or otherwise sanctioned for his failure to appear; and why his complaint should not be dismissed for failure to prosecute. If Mr. Barnes fails to respond to this order, the case will be dismissed pursuant to Local Rule 83.23.

                  Henry H. Kennedy, Jr.
                  United States District Judge