UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KELVIN BARNES, :
:
    Plaintiff, :
:
v. : Case No. 1:06-CV-00005 (HHK)
:
ALBERTO GONZALES, :
:
    Defendant. :

## PLAINTIFF'S RESPONSE TO ORDER OF SHOW CAUSE
## AND FAILURE TO APPEAR

    On May 4, 2007, Plaintiff Kelvin Barnes failed to appear for a status conference due to the untimely death of his brother, who was found murdered. Plaintiff traveled to North Carolina to view the remains of said brother. On May 3, 2007, Plaintiff, upon notification of brothers death, contacted Assistant U.S. Attorney Rhonda Fields, via telephonic communication to inform her of Plaintiff's loss and intent to file a motion for enlargement of time. Assistant U.S. Attorney expressed her condolences and acknowledged her intent not to oppose motion for enlargement of time given the nature and reason as to why Plaintiff would be unavailable to appear before the Court on May 4, 2007, for the status hearing. Plaintiff filed said motion for enlargement of time on May 3, 2007.

    Plaintiff deeply apologizes to the Court, the delay in the Court's time and all parties involved. Failure to appear before the Court was truly an expected family emergency that needed prompt attention.

RECEIVED

MAY 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

THEREFORE, if so granted by the Court, Plaintiff respectfully requests that these proceedings continue to prosecute. Plaintiff received unjust notification of these proceedings previously by prior legal counsel, which led to the previous order of dismissal without prejudice. Plaintiff respects the Courts time and anticipates no further delay in these proceedings.

Plaintiff stands ready to come before the Court should the Court grant continuance of these proceedings.

Respectfully submitted,

_____
Kelvin F. Barnes, pro se

cc:   Rhonda Fields
      Assistant U.S. Attorney


Certificate Service to Rhonda Fields to be FAX to day 5-21-07 approximately at 1030 AM

Kelvin Barnes