UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KELVIN BARNES,**<br>            **Plaintiff,**<br><br>            v.<br><br>**ALBERTO GONZALES,**<br><br>            **Defendant.** | Civil Action 06-00005 (HHK) |

## ORDER OF DISCHARGE

On May 7, 2007, the court ordered plaintiff Kelvin Barnes to show cause why he should not be held in contempt of court or otherwise sanctioned for his failure to appear at a status conference in this case. Upon consideration of his response, and the record in this case, it is, this 24th day of May, 2007, hereby

**ORDERED** that this court's Order to Show Cause filed on May 7, 2007 [#16], is **DISCHARGED**.

                                                                    Henry H. Kennedy, Jr.
                                                                    United States District Judge