UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KELVIN BARNES,**<br>           **Plaintiff,**<br><br>             v.<br><br>**ALBERTO GONZALES,**<br><br>           **Defendant.** | **Civil Action 06-00005 (HHK)** |

**JUDGMENT**

Pursuant to Fed. R. Civ. P. 58 and for the reasons stated by the court in its memorandum docketed this same day, it is this 17th day of August, 2007, hereby

**ORDERED** that this action is **DISMISSED** without prejudice.

Henry H. Kennedy, Jr.
United States District Judge